# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HOLLISTER,<br><br>                 Plaintiff,<br>vs.<br><br>DIAH P. ASKER, JR., and TASTE OF ITALY RESTAURANT GROUP, INC.,<br><br>                 Defendants. | CASE NO. 09 CV 2243 MMA(CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR MUTUAL DISMISSAL OF ACTIONS WITH PREJUDICE**<br><br>[Doc. No. 29] |
| TASTE OF ITALY RESTAURANT GROUP, INC.,<br><br>                 Counter-Claimant,<br>vs.<br><br>BRYAN HOLLISTER,<br><br>                 Counter-Defendant. | |

On September 20, 2010, the parties submitted a Joint Motion requesting the Court dismiss the above-captioned actions with prejudice. [Doc. No. 29.] Having considered the parties' Joint Motion, and good cause appearing therefore, the Court hereby **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

1     **IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is dismissed with
2 prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1); and the action by
3 Defendants against Plaintiff is dismissed with prejudice pursuant to Federal Rules of Civil
4 Procedure, Rule 41(a)(1) and (c).  The Clerk of Court is hereby instructed to terminate this case.
5     **IT IS SO ORDERED.**

7 DATED: September 21, 2010

        *[signature]*

        Hon. Michael M. Anello
        United States District Judge